```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 08956
   CAROL PRICE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-4176


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/14/2005 and was confirmed 04/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  38.35% from remaining funds.

     The case was paid in full 11/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED NOT I     418.02           .00            .00
EMC MORTGAGE              CURRENT MORTG        .00           .00            .00
EMC MORTGAGE              MORTGAGE ARRE     259.92           .00         259.92
HOMEAMERICAN CREDIT       CURRENT MORTG        .00           .00            .00
HOMEAMERICAN CREDIT       MORTGAGE ARRE    1299.59           .00        1299.59
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED          .00            .00
ASPIRE VISA               NOTICE ONLY     NOT FILED          .00            .00
ASPIRE                    UNSECURED        1948.48           .00         746.89
AT&T                      UNSECURED       NOT FILED          .00            .00
BANK ONE                  UNSECURED       NOT FILED          .00            .00
BANK ONE                  NOTICE ONLY     NOT FILED          .00            .00
BANK ONE                  NOTICE ONLY     NOT FILED          .00            .00
CAPITAL ONE               NOTICE ONLY     NOT FILED          .00            .00
CAPITAL ONE               NOTICE ONLY     NOT FILED          .00            .00
CAPITAL ONE BANK          UNSECURED        1093.35           .00         419.10
CITIBANK                  UNSECURED       NOT FILED          .00            .00
CITIFINANCIAL             NOTICE ONLY     NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        3174.17           .00        1216.72
CITY OF CHICAGO PARKING   UNSECURED OTH     260.00           .00         102.04
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00            .00
DIRECT TV                 UNSECURED       NOT FILED          .00            .00
DISCOVER CARD             NOTICE ONLY     NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED        6000.34           .00        2300.05
FGM PEDIATRICS            UNSECURED       NOT FILED          .00            .00
GTI                       UNSECURED       NOT FILED          .00            .00
HOUSEHOLD                 NOTICE ONLY     NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED        1961.40           .00         751.84
IQ TEL                    UNSECURED       NOT FILED          .00            .00
MONOGRAM CREDIT CARD BK   UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED            .00           .00            .00
PROVIDIAN  MASTERCARD     NOTICE ONLY     NOT FILED          .00            .00
PROVIDIAN                 UNSECURED       NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 08956 CAROL PRICE
```

```
AT & T BANKRUPCTY          FILED LATE          658.67              .00              .00
SBC                        NOTICE ONLY     NOT FILED               .00              .00
SPRINT PCS                 NOTICE ONLY     NOT FILED               .00              .00
SPRINT PCS                 NOTICE ONLY     NOT FILED               .00              .00
SPRINT                     NOTICE ONLY     NOT FILED               .00              .00
THE NEIGHBORHOOD           UNSECURED       NOT FILED               .00              .00
WFNNB                      UNSECURED       NOT FILED               .00              .00
PREMIER BANCARD CHARTER    UNSECURED          464.52               .00           178.06
CAPITAL ONE BANK           UNSECURED          681.64               .00           261.29
ECAST SETTLEMENT CORP      UNSECURED          480.78               .00           184.29
STEFANS STEFANS & STEFAN   REIMBURSEMENT      144.00               .00           144.00
STEFANS STEFANS & STEFAN   DEBTOR ATTY      2,700.00                           2,700.00
TOM VAUGHN                 TRUSTEE                                               686.21
DEBTOR REFUND              REFUND                                                250.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                11,500.00

PRIORITY                                          144.00
SECURED                                         1,559.51
UNSECURED                                       6,160.28
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                              686.21
DEBTOR REFUND                                     250.00
                       ---------------        ---------------
TOTALS                 11,500.00               11,500.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 02/26/09          _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 08956 CAROL PRICE